**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

DEC 1 4 2009

Clerk of Court

|  |  |  |
|---|---|---|
| NORTHPARK OFFICE TOWER, L.P | § § § § § § | Chapter 11 |
|  |  | Case No. 09-39205 |
| Debtor |  |  |

United States Courts
Southern District of Texas
FILED

DEC 1 1 2009

Clerk of Court

**REQUEST OF HERMES COMMERCIAL CONTRACTORS, LTD.
FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P 2002(g)**

PLEASE TAKE NOTICE that Hermes Commercial Contractors, Ltd., a secured creditor in the above-captioned Chapter 11 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules Of Bankruptcy Procedure (the Bankruptcy Rules) and section 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et. seq. (as amended, the Bankruptcy Code) that all notices given or required to be give and all papers served or required to be served in this case be also give to and served, whether electronically or otherwise, on its attorney:

Ciano Pasta
5718 Westheimer, # 940
Houston, TX 77057
Tel. (713) 278-2212
Fax. (713) 278-7860
E-mail:  cpasta@cianopasta.com

DATED:   December 9, 2009

_____
Ciano Pasta
S.B.O.T. 15560600
5718 Westheimer # 940
Houston, TX 77057
Tel. (713) 278-2212
Fax. (713) 278-7860

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument was served on the Chapter 11 Trustee, counsel for debtor, and all parties requesting service on the 9th day of December  2009.

_____
Ciano Pasta

**Debtor**
Richard Wakeland, Esq.
2500 West Loop South, Ste. 255
Houston, TX 77008

**Trustee**
Christine March
Office of U.S. Trustee
515 Rusk Street, # 3615
Houston, TX 77002

**Creditors**
Alan Gerger
Dunn, Neal & Gerger, LLP
3050 Post Oak Blvd., Ste. 400
Houston, TX 77056

John P. Dillman
Linebarger, Goggan
P.O. Box 3064
Houston, TX 77253-3064

Brian Kilmer
3102 Maple Ave., Ste. 450
Dallas, TX 75201