# EXHIBIT 1

1415 NLW Creditors

Allied Barton
Always in Season
Aquatrol Services
AT&T
Brown Electric
Bugtime Termite and Pest Control
CC Rainbow
Chiller Services
City of Houston Water Department
Cypress Construction Services
Disaster America of Texas
HCC
HISD
Hanover Insurance Company
Harris County
Heritage Floors
Hermes Commercial Contractors
Hinojosa Waterproofing
Houston Southpro Restoration Services
Kings III of America
Lawn Management Company
Morrison Supply
Mueller Water Conditioning
Protection First
Schindler Elevator Company
Security Professionals of Texas
Sherwin Williams
Star Tex Power
Stephen Irwin Co.
Stripe N Sweep
Tri Eagle Energy
Vossler Plumbing