# EXHIBIT 3

Case 09-39205   Document 13-3   Filed in TXSB on 12/15/09   Page 2 of 2
Case 09-39205   Document 7-1   Filed in TXSB on 12/09/09   Page 10 of 10
Case 09-30600   Document 11   Filed in TXSB on 02/06/09   Page 1 of 1
Case 09-30600   Document 3-10   Filed in TXSB on 02/03/2009   Page 1

ENTERED
02/06/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-30600-H5-11 |
| NORTHPARK OFFICE TOWER, L.P. | § | |
| 1415 N. Loop W. | § | |
| Mezzanine Level | § | (CHAPTER 11) |
| Houston, TX 77008 | § | |
| Tax ID: 20-4464867 | § | |
| | § | |
| DEBTOR(S) | § | |

## ORDER GRANTING EMERGENCY MOTION
## TO DISMISS BANKRUPTCY CASE

CAME ON FOR HEARING the Emergency Motion to Dismiss Bankruptcy Case ("Motion to Dismiss"), filed by NorthPark Office Tower LP, by and through its sole general partner NorthPark Office Tower GP, LLC ("NorthPark GP"), by and through Jetall Companies, Inc. ("Jetall"), its sole member, by and through Ali Choudhri, the president of Jetall ("NorthPark"), and the Court, after consideration of the Motion to Dismiss, the exhibits attached thereto including the Affidavit of Ali Choudhri, the evidence presented and the argument of counsel finds that the Motion to Dismiss is well taken, was properly noticed and should be granted. Accordingly, the Court orders that the Motion to Dismiss is GRANTED and it is hereby

ORDERED ADJUDGED AND DECREED that the above-captioned bankruptcy case numbered 09-30600-H5-11 is dismissed with prejudice from re-filing for one year.

UNITED STATES BANKRUPTCY JUDGE