# EXHIBIT 4

## Ali Jetall

**From:** ali@jetallcompanies.com
**Sent:** Thursday, November 19, 2009 12:12 PM
**To:** korton@mail220.com; k4003@mail220.com; k4003@hotmail.com
**Subject:** NorthPark
**Attachments:** notice.11.16.09.pdf

Kevin,

You should recieved the certified mail I sent you.  As you know the loan has matured for quite some time. It is very critical you contact me ASAP.

We are in this together and must work together.  We have been trying to contact you for quite some time with no avail nor any repsonse from you.

See attached Notice of posting of foreclosure.
Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

4

# BOND, HUNT, FRENCH & COMPANY, P.L.L.C.
## ATTORNEYS AND COUNSELORS AT LAW

STEPHEN G. HUNT, P.C., PARTNER  
TELEPHONE (713) 355-4800 - EXT. 5  
FACSIMILE (713) 355-4809

550 WESTCOTT ST., SUITE 350  
HOUSTON, TEXAS 77007-5099  
sghunt@bhfc-law.com

November 10, 2009

Ali Choudhri, Registered Agent  
NorthPark Office Tower, LP  
2500 West Loop South, Suite 255  
Houston, TX 77027

Via CMRRR # 7007 3020 0001 8743 5913  
and First Class Mail

Ali Choudhri, Manager and Registered Agent  
NorthPark Office Tower GP, LLC  
2500 West Loop South, Suite 255  
Houston, TX 77027

Via CMRRR # 7007 3020 0001 8743 5975  
and First Class Mail

NorthPark Office Tower, LP  
1415 North Loop West, Suite 222  
Houston, TX 77008

Via CRRRR # 7007 3020 0001 8743 5920  
and First Class Mail

Re: Notice of Posting for Foreclosure

Dear Mr. Choudhri:

ERPILE LLC, a Texas limited liability company (the "Lender"), is the present holder and owner of that certain Promissory Note, in the original principal sum of $4,500,000.00 (the "Note"), dated March 16, 2006, executed by NorthPark Office Tower, LP, and payable to the order of Security National Life Insurance Company. The Promissory Note is secured by a Deed of Trust of even date therewith, executed by NorthPark Office Tower, LP, as grantor, recorded under Harris County Clerk's File No. Z169918 and/or Film Code No. 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 in the Official Public Records of Harris County, Texas, covering 3.4087 acres in Harris County described by metes and bounds in the attached Exhibit "A" (the "Property").

The entire unpaid principal balance of the Promissory Note matured on April 1, 2009 and is now due and payable in full, together with the accrued and unpaid interest.

RECEIVED  
11/14/09

Unless the Promissory Note is paid in full on or before November 30, 2009, the Property will be sold at a December 1, 2009 foreclosure sale.

On behalf of the Lender, we have posted the Property for nonjudicial foreclosure. The Property will be sold at public sale to the highest bidder for cash at 10:00 a.m. or not later than three (3) hours after that time on Tuesday, December 1, 2009. The foreclosure sale of the Property will take place at the area of the Harris County Courthouse, Family Law Center, 1115 Congress Avenue, in the City of Houston, Harris County, Texas as designated by the Harris County Commissioners Court.

Enclosed is a copy of the posted Notice of Substitute Trustee's Sale for your information.

This letter does not waive any default not specifically listed above, or waive any rights, remedies or recourse available to the Lender. This letter is not an election of remedies resulting from the defaults listed above or any other defaults that may exist under the Note, the Deed of Trust or any other document executed in connection with or as security for the Note.

You should contact the undersigned, at telephone number (713) 355-4800 ext. 5, for the exact amount owed or if you have any questions. Your immediate attention is expected.

                    Yours truly,

                    BOND, HUNT, FRENCH & COMPANY, PLLC

                    By: *Stephen Hunt*
                         Stephen G. Hunt

SGH:su
Enclosure – Notice of Substitute Trustee's Sale

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

**THE STATE OF TEXAS**  §
                           § KNOW ALL PERSONS BY THESE PRESENTS
**COUNTY OF HARRIS**     §

WHEREAS, on March 16, 2006, NORTHPARK OFFICE TOWER, LP, a Texas limited partnership, as grantor, executed a Deed of Trust to Paul W. Long, Trustee, for the benefit of SECURITY NATIONAL LIFE INSURANCE COMPANY, covering 3.4087 acres in Harris County, Texas described by metes and bounds in Exhibit "A" attached hereto (the "Property"). The Deed of Trust was recorded under Harris County Clerk's File No. Z169918 and/or Film Code No. 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, in the Official Public Records of Real Property of Harris County, Texas. The Deed of Trust was executed for the purpose of securing the payment of a certain indebtedness, more particularly described in the Deed of Trust, and specifically a Promissory Note dated March 16, 2006 executed by Northpark Office Tower, LP, as maker, and payable to Security National Life Insurance Company;

WHEREAS, ERPILE, LLC (the "Beneficiary") is the present owner and holder of the Deed of Trust, Promissory Note and the indebtedness described in and secured by the Deed of Trust;

WHEREAS, reference is made to the Deed of Trust recorded under Harris County Clerk's File No. Z169918 in the Official Public Records of Real Property of Harris County, Texas, for all purposes as if fully set forth herein;

WHEREAS, pursuant to the requirements of the Deed of Trust and/or the laws of the State of Texas, written notice was sent by certified mail, return receipt requested, stating that a default existed in the payment of that certain indebtedness secured by the Deed of Trust, and that defaults existed under the Deed of Trust; and

WHEREAS, after default in the payment of the indebtedness described in the Deed of Trust, Beneficiary has requested that the Deed of Trust be enforced in accordance with the terms and provisions thereof.

NOW, THEREFORE, NOTICE IS GIVEN that I, the undersigned Substitute Trustee, will sell at public sale to the highest bidder for cash, at the area of the Harris County Courthouse, Family Law Center, 1115 Congress Avenue, in the City of Houston, Harris

County, Texas, as designated by the Harris County Commissioners Court at 10:00 a.m. or not later than three (3) hours after that time on Tuesday, December 1, 2009, the Property and the personal property located on, arising out of or connected directly or indirectly, with the real estate.

The sale will be made subject to all matters which are prior to the Deed of Trust, which affect title thereto, and which are a superior interest in and to the above-described Property.

Prior to the foreclosure sale, Beneficiary may appoint another person as Substitute Trustee to conduct the sale. Since the terms of the sale will be for cash, on the day of sale, those desiring to purchase the Property will need to demonstrate their ability to pay cash.

The Deed of Trust permits Beneficiary to postpone, withdraw or reschedule the sale for another day. In such case, I need not appear at the date, time and place of the scheduled sale to announce the postponement, withdrawal or rescheduling. Notice of the date of any rescheduled foreclosure sale will be re-posted and re-filed in accordance with the posting and filing requirements of the Texas Property Code. Such re-posting or re-filing may be after the date originally scheduled for this sale.

WITNESS MY HAND this 9th day of November, 2009.

_____
Stephen G. Hunt, Substitute Trustee

Exhibit 'A'
METES and BOUNDS DESCRIPTION

Of 3.4087 Acres or 148,480 Square Feet of land being the remainder of that certain 4.2849 Acre Tract of land conveyed from I.B.E.W. LOCAL UNION 716 PENSION TRUST to INTERVEST-HOUSTON NLW, LTD. by a deed dated November 7, 1997 and recorded under Clerk's File No. S726024, of the Deed Records of Harris County, Texas (H.C.D.R.), being out of NORTH SHEPHERD TERRACE APARTMENTS, SECTION TWO, according to the map or plat thereof recorded in Volume 44, Page 42, of the Map Records of Harris County, Texas (H.C.M.R.), lying in the W. P. MORTON Survey, Abstract 539, in Houston, Harris County, Texas, said 3.4087 Acre tract is more particularly described by metes and bounds as follows:

BEGINNING at a 3/4" inch iron pipe found at the Northwest Corner of said 4.2849 Acre Tract of land, the Northeast corner of that certain 3.5025 Acre Tract of land conveyed from OAK FOREST BANK BUILDING CORP. to OAK FOREST BANK by a deed dated April 10, 1980 and recorded under Clerk's File No. G566806, H.C.D.R., same being the South Right-of-Way of NORTH LOOP WEST-IH 610 (a Variable Right-of-Way);

THENCE South 89 deg. 49 min. 14 sec. East, along the South Right-of-Way of said NORTH LOOP WEST-IH 610, same being the North line of said 4.2849 Acre Tract of land, a distance of 42.53 feet to a Mag. Nail set at a point for corner;

THENCE South 00 deg. 39 min. 28 sec. West, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 110.62 feet to a 5/8 inch iron rod set at a point for corner;

THENCE Southeasterly, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 33.24 feet along the arc of a curve to the left, said curve having a radius of 29.93 feet, a central angle of 63 deg. 38 min. 07 sec., a chord which bears South 33 deg. 16 min. 23 sec. East, and a chord distance 31.55 feet to a 5/8 inch iron rod set at a point for corner;

THENCE South 69 deg. 00 min. 41 sec. East, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 140.48 feet to a 5/8 inch iron rod set at a point for corner;

THENCE Southeasterly, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 26.50 feet along the arc of a curve to the right, said curve having a radius of 111.04 feet, a central angle of 13 deg. 40 min. 21 sec., a chord which bears South 61 deg. 48 min. 45 sec. East, and a chord distance 26.44 feet to a Mag. Nail set at a point for corner;

THENCE Southeasterly, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 31.94 feet, along the arc of a curve to the right, said curve having a radius of 82.09 feet, a central angle of 22 deg. 17 min. 39 sec., a chord which bears South 44 deg. 50 min. 57 sec. East, and a chord distance 31.74 feet to a 5/8 inch iron rod set at a point for corner;

THENCE South 29 deg. 16 min. 06 sec. East, along the Southwest line of a 0.8757 Acre Tract of land, a distance of 35.00 feet to a 5/8 inch iron rod set at a point for corner;

THENCE Southeasterly, along the Southwest line of a 3.4087 Acre Tract of land, a distance of 7.34 feet along the arc of a curve to the left, said curve having a radius of 8.28 feet, a central angle of 50 deg. 47 min. 43 sec., a chord which bears South 51 deg. 49 min. 56 sec. East, and a chord distance 7.10 feet to a Mag. Nail set at a point for corner;

THENCE Easterly, along the North line of said 4.2849 Acre Tract of land, same being the West line of that certain 3.3843 Acre Tract of land conveyed from I.B.E.W. LOCAL UNION 716 PENSION TRUST to 610 LOOP NO. 2, L.P. by a deed dated March 20, 2000 and recorded under Clerk's File No. U286014, H.C.D.R., a distance of 26.71 feet along the arc of a curve to the left, said curve having a radius of 30.00 feet, a central angle of 51 deg. 01 min. 11 sec., a chord which bears North 89 deg. 13 min. 36 sec. East, and a chord distance 25.84 feet to a 5/8 inch iron rod found at a point for corner;

THENCE South 35 deg. 33 min. 41 sec. East, along the Northeast line of said 4.2849 Acre Tract of land, same being the Southwest line of said 3.3843 Acre Tract of land, a distance of 31.34 feet to a 5/8 inch iron rod found at a point for corner;

THENCE Southwesterly, along the East line of said 4.2849 Acre Tract of land, same being the West line of said 3.3843 Acre Tract of land, a distance of 41.35 feet along the arc of a curve to the left, said curve having a radius of 90.00 feet, a central angle of 26 deg. 19 min. 34 sec., a chord which bears South 50 deg. 07 min. 39 sec. West, and a chord distance 40.99 feet to a 5/8 inch iron rod found at a point for corner;

THENCE Southwesterly, along the East line of said 4.2849 Acre Tract of land, same being the West line of said 3.3843 Acre Tract of land, a distance of 50.73 feet along the arc of a curve to the left, said curve having a radius of 132.00 feet, a central angle of 22 deg. 01 min. 14 sec., a chord which bears South 26 deg. 53 min. 35 sec. West, and a chord distance 50.42 feet to a 5/8 inch iron rod found at a point for corner;



THENCE South 14 deg. 47 min. 51 sec. West, along the East line of said 4.2849 Acre Tract of land, same being the West line of said 3.3843 Acre Tract of land, a distance of 32.84 feet to a point for corner, from which a 5/8 inch iron rod was found West, 0.14 feet;

THENCE South 00 deg. 24 min. 45 sec. West, along the East line of said 4.2849 Acre Tract of land, same being the West line of said 3.3843 Acre Tract of land, a distance of 130.08 feet to a point for corner, from which a 5/8 inch iron rod was found North 0.64 feet, and East, 0.10 feet;

THENCE South 90 deg. 00 min. 00 sec. West, along the South line of said 4.2849 Acre Tract of land, said NORTH SHEPHERD TERRACE APARTMENTS, SECTION TWO, said W. P. MORTON Survey, same being the North line of the REINERMAN Survey, Abstract 644, and SHADYACRES SECTION II, according to the map or plat thereof recorded in Volume 7, Page 23, H.C.M.R., a distance of 643.34 (Called 643.62) feet to a point for corner, from which a 5/8 inch iron rod was found West, 0.50 feet;

THENCE North 00 deg. 32 min. 00 sec. East, along the East line of said 4.2849 Acre Tract of land, same being the West line of the remainder of that certain 3.4021 Acre Tract of land conveyed from I.B.E.W. LOCAL UNION 716 PENSION TRUST to INTERVEST-HOUSTON NLW, LTD. by a deed dated November 7, 1997 and recorded under Clerk's File No. S726021, H.C.D.R., a distance of 33.50 feet to a point for corner, from which a "X" in concrete was found North, 0.36 feet, and West, 0.58 feet;

THENCE North 90 deg. 00 min. 00 sec. East, along the most Southerly North line of said 4.2849 Acre Tract of land, same being the most Southerly South line of said 3.5025 Acre Tract of land, a distance of 165.78 feet to a point for corner, from which a "X" in concrete was found North, 0.18 feet, and West, 0.42 feet;

THENCE North 00 deg. 25 min. 40 sec. East (Called North 00 deg. 32 min. 00 sec. East), along the West line of said 4.2849 Acre Tract of land, same being the East line of said 3.5025 Acre Tract of land, a distance of 173.23 (Called 173.09) feet to a 1 inch iron pipe found at a point for corner, from which a 1/2 inch iron rod was found North, 0.16 feet, and East, 0.13 feet;

THENCE South 89 deg. 26 min. 41 sec. East (Called South 89 deg. 28 min. 00 sec. East), along the North line of said 4.2849 Acre Tract of land, same being the most Northerly South line of said 3.5025 Acre Tract of land, a distance of 234.19 feet to a 1 inch iron pipe found at a point for corner;

THENCE North 00 deg. 35 min. 09 sec. East (Called North 00 deg. 32 min. 00 sec. East), along the West line of said 4.2849 Acre Tract of land, same being the East line of said 3.5025 Acre Tract of land, a distance of 311.13 feet to the POINT OF BEGINNING, containing within these calls 3.4087 Acres or 148,480 Square Feet of land as depicted by a plat prepared by Donald K. Hall, R.P.L.S. No. 4070 dated March 8, 2006.

NOTE: The Company does not represent that the above acreage or square footage calculations are correct

2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

-------- Original Message --------
Subject: Please call
From: ali@jetallcompanies.com
Date: Fri, November 20, 2009 11:41 am
To: "Kevin Okon" <k4003@mail220.com>,"Kevin Orton" <k4003@hotmail.com>

Kevin,

Please call me. I'll be in office this afternoon. You can call my cell anytime.

Thanks,


Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627


--
CONFIDENTIALITY NOTICE: This message and any documents, files or previous e-mail messages
or attachments may contain confidential and/or legally privileged information and is
intended for use only by the intended addressee and as permitted by sender only.  If you
are not the intended addressee, you are not authorized to disclose, reproduce, or
distribute or otherwise use the contents of this message or take action based on
information contained herein.  If this e-mail is received in error, please notify the
sender immediately and delete any trace of the message from your system.

# Ali Jetall

**From:** ali@jetallcompanies.com
**Sent:** Monday, November 23, 2009 2:23 PM
**To:** k4003@mail220.com; k4003@hotmail.com
**Subject:** [FWD: Please call]

Kevin,

You indicated on the phone Friday you might have a proposal for the lender. Please send us your thoughts and input. We are preparing a proposal for the lender and want to know what are your thoughts and input before sending.

We are facing a deadline of foreclosure on Dec 1, 2009 so I need your input right away.

Please email me ASAP. Based on our phone conversation last week you said I will receive your proposal today.

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627


-------- Original Message --------
Subject: [FWD: Please call]
From: ali@jetallcompanies.com
Date: Fri, November 20, 2009 5:19 pm
To: "Kevin Okon" <k4003@mail220.com>, "Kevin Orton" <k4003@hotmail.com>

Kevin,

I am glad we finally spoke after many months.

Not returning my phones calls, emails, and not complying with refinancing the property has led to the current situation.

Please try to communicate with me. I'll expect your call on monday. Call me anytime on my cell or the office


Thanks,


Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

5

# Ali Jetall

**From:** korton [korton@mail220.com]
**Sent:** Monday, November 23, 2009 7:13 PM
**To:** ali@jetallcompanies.com
**Subject:** Re: [FWD: Please call]

Ali, I am nit sure ewhat you mean my proposal. I will do what I can, but it is limited. I will call you.

ali@jetallcompanies.com wrote:

Kevin,

You indicated on the phone Friday you might have a proposal for the lender. Please send us your thoughts and input. We are preparing a proposal for the lender and want to know what are your thoughts and input before sending.

We are facing a deadline of foreclosure on Dec 1, 2009 so I need your input right away.

Please email me ASAP. Based on our phone conversation last week you said I will receive your proposal today.

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627


-------- Original Message --------
Subject: [FWD: Please call]
From: ali@jetallcompanies.com
Date: Fri, November 20, 2009 5:19 pm
To: "Kevin Okon" <k4003@mail220.com>, "Kevin Orton" <k4003@hotmail.com>

Kevin,

I am glad we finally spoke after many months.

Not returning my phones calls, emails, and not complying with refinancing the property has led to the current situation.

Please try to communicate with me. I'll expect your call on monday. Call me anytime on my cell or the office


Thanks,


Ali Jetall
Jetall Companies

1

## Ali Jetall

| | |
|---|---|
| From: | korton [korton@mail220.com] |
| Sent: | Wednesday, November 25, 2009 8:08 AM |
| To: | Ali Jetall; ali@jetallcompanies.com; naeem@jetallcompanies.com; naeem@jetallcompanies.com |
| Subject: | 1415 |

Ali,

If the lender will not do anything, you must file bankruptcy to protect the building. Do not wait until 5:00 today. Start working on it right now.

Kevin Orton

--

CONFIDENTIALITY NOTICE: This message and any documents, files or previous e-mail messages or attachments may contain confidential and/or legally privileged information and is intended for use only by the intended addressee and as permitted by sender only.  If you are not the intended addressee, you are not authorized to disclose, reproduce, or distribute or otherwise use the contents of this message or take action based on information contained herein.  If this e-mail is received in error, please notify the sender immediately and delete any trace of the message from your system.

# Ali Jetall

**From:** ali@jetallcompanies.com
**Sent:** Wednesday, November 25, 2009 2:21 PM
**To:** korton@mail220.com; k4003@mail220.com; k4003@hotmail.com
**Subject:** NorthPark

Kevin,

We need to let the lender know what is our highest and best final offer. The % of ownership in the building being offered is exchange for how much of the debt? What is the exact percentage being offered? In addition to the % being offered to the lender what is the value of the (non-real estate) pharmaceutical work that is being offered in addition to the % in the property?

Please advise asap. I need the above answers before days end.


Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

ali@jetallcompanies.com wrote:

In addition to the 40% ownership in the bldg and the pharm (non realestate) co % we proposed what's the value we tell them the non realestate co has?

------Original Message------
From: korton
To: Ali Jetall
Subject: Re: loan
Sent: Nov 27, 2009 11:17 AM

This is not easy and is complex. I can put 10,000.00 in if they give a six month extension. The only other thing I really think I have is possible stock in the other company.

ali@jetallcompanies.com wrote:

I might be able to arrange more.  How much do you have?

You were supposed to get back to me day before yesterday. What happened?

------Original Message------
From: korton
To: Ali Jetall
To: ali@jetallcompanies.com.silent.readverify.com
Subject: loan
Sent: Nov 27, 2009 10:24 AM

Ali,
Is $100,000.00 all  you have?

--
CONFIDENTIALITY NOTICE: This message and any documents, files or previous e-mail messages or attachments may contain confidential and/or legally privileged information and is intended for use only by the intended addressee and as permitted by sender only.  If you are not the intended addressee, you are not authorized to disclose, reproduce, or distribute or otherwise use the contents of this message or take action based on information contained herein.  If this e-mail is received in error, please notify the sender immediately and delete any trace of the message from your system.

--

2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

---

**From:** korton <korton@mail220.com>
**Date:** Fri, 27 Nov 2009 14:52:07 -0600
**To:** <ali@jetallcompanies.com>; <ali@jetallcompanies.com>
**Subject:** Re: loan-filing

Actual it is 4.87 acres.
It's value is around 4.7 million dollars. It is listed for 4.5 million dollars, and there has been some interest.

ali@jetallcompanies.com wrote:
What's the value of the 5 acre parcel?

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

---

**From:** korton <korton@mail220.com>
**Date:** Fri, 27 Nov 2009 14:01:10 -0600
**To:** <ali@jetallcompanies.com>; <naeem@jetallcompanies.com>;
<ali@jetallcompanies.com.silent.readverify.com>;
<naeem@jetallcompanies.com.silent.readverify.com>
**Subject:** Re: loan-filing

Ali,

I would probably do a straight trade of the parcel in Las Vegas, for the note. You may mention that to the lender. You have the details on the parcel there, or I can re-send. It is 5 acres, not far from the strip,

The non-real estate company does not have an appraisal. The market value analysis is 13.5 million dollars.

I need you to perform your obligations to me regardless of what the lender does. At this point, that pretty much means filing for bankruptcy.

4

This proposal is for the Northpark Office Tower LP lender only. Not offered in violation of any laws.

These proposals are confidential, and are subject to withdraw at any time. Non-binding.
I do not know why you do not tell me details for the lender.


ali@jetallcompanies.com wrote:

```
In addition to the 40% ownership in the bldg and the pharm (non realestate) co % we
proposed what's the value we tell them the non realestate co has?


------Original Message------
From: korton
To: Ali Jetall
Subject: Re: loan
Sent: Nov 27, 2009 11:17 AM

This is not easy and is complex. I can put 10,000.00 in if they give a
six month extension. The only other thing I really think I have is
possible stock in the other company.


ali@jetallcompanies.com wrote:


    I might be able to arrange more.  How much do you have?

    You were supposed to get back to me day before yesterday. What happened?

    ------Original Message------
    From: korton
    To: Ali Jetall
    To: ali@jetallcompanies.com.silent.readverify.com
    Subject: loan
    Sent: Nov 27, 2009 10:24 AM

    Ali,
    Is $100,000.00 all  you have?




--
CONFIDENTIALITY NOTICE: This message and any documents, files or previous e-mail messages
or attachments may contain confidential and/or legally privileged information and is
intended for use only by the intended addressee and as permitted by sender only.  If you
are not the intended addressee, you are not authorized to disclose, reproduce, or
distribute or otherwise use the contents of this message or take action based on
information contained herein.  If this e-mail is received in error, please notify the
sender immediately and delete any trace of the message from your system.
```

# Ali Jetall

**From:** ali@jetallcompanies.com
**Sent:** Friday, November 27, 2009 1:32 PM
**To:** korton
**Subject:** Re: loan 2

Btw Kevin, as discussed we offerred 30-40% plus some percentage in the pharm stuff. If we are changing that then we are not going to get anywhere w the lender in cooperation especially if we are changing our offer to them.

Again I am having a breakdown from your side. Especially in the bad situation we are in when we should be working on every facet to try to come to a way to get the lender to work with us.

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

---

**From:** korton <korton@mail220.com>
**Date:** Fri, 27 Nov 2009 13:02:22 -0600
**To:** <ali@jetallcompanies.com>; <ali@jetallcompanies.com>
**Cc:** <naeem@jetallcompanies.com>
**Subject:** Re: loan 2

Ali, I do not know that I will do 40%. You are talking about very complicated things. I propose more like 35% of the company. In any event, it is half from you and half from me. (17.5% from you and 17.5% from me) for the note. And in no case any of the GP shares. That does put the value of the building more than halfway closer to where you say it should be (around 7.2 million dollars). I do not see the point of giving or offering any more than that. Nor will this settle any issue of who is (or was) to pay the note. That is something that will still remain.

OR
(not in addition to, as in one or the other)

2)

Company will issue pro-rata share of the outstanding stock based at a current valuation of $13.5 million dollars. (i.e. if the loan amount is 2.5 million dollars, then 18.5% of the stock) The company has over 50 licenses for patents issued and pending for it's pharmaceutical products. Company is working on delivering its first working product, and is engaging in licensing and initial sales efforts.

2

**From:** ali@jetallcompanies.com
**Date:** Mon, 30 Nov 2009 10:37:37 -0700
**To:** korton<korton@mail220.com>
**Subject:** [FWD: Re: loan-filing]

I didnt hear from you. Please address asap

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

> -------- Original Message --------
> Subject: Re: loan-filing
> From: ali@jetallcompanies.com
> Date: Fri, November 27, 2009 4:14 pm
> To: "korton" <korton@mail220.com>
>
> If we are trying to propose forestall foreclosure with the lender we need to do it now. I need the info from you. The communication needs to come thru me (I will cc you on the comm.)
>
> Your causing delays. I needed the proposal from you last week friday but didn't get it till monday late night. Then again you promised me that you would get it to me wednesday so I could forward it to lender.
>
> Our first goal is to forestall foreclosure and come to an agmt with the lender asap.
>
>
> Ali Jetall
> Jetall Companies
> 2500 West Loop South Suite 255
> Houston, TX 77027
> Office: 713.789.7654
> Fax: 713.789.3331
> Cell: 281.630.6627
>
>
>
> **From:** korton <korton@mail220.com>
> **Date:** Fri, 27 Nov 2009 16:03:06 -0600
> **To:** <ali@jetallcompanies.com>
> **Subject:** Re: loan-filing
>
> I have to go out for a few minutes.
>
>
> ali@jetallcompanies.com wrote:
> Send me the details survey etc. I'll forward it
>
> Ali Jetall
> Jetall Companies

3

**Ali Jetall**

From: ali@jetallcompanies.com
Sent: Monday, November 30, 2009 6:18 PM
To: korton@mail220.com
Subject: Re: [FWD: Re: loan-filing]

Kevin,

I only learned this afternoon that you wrongfully filed a lawsuit listing us a defendant.

I am very upset and dissapointed that I had to learn of this this afternoon while you filed this last week on the 25th and initiated this without telling me.

You shouldve told me or spoken to me about this. Your actions have been very damaging. I am very shocked.

Why all our communication since foreclosure posting this month and you misled me and kept from me this info.

I have been working hard to save the building and you havn'nt help but hurt and demolished my efforts over and over again.

You failed to comply and communicate with me and cooperate with refinancing which has seriously affected me and the building and led to the current situation. I don't know why you went many months without responding to me.

Our efforts should be combined not against each other.

I am very upset.


Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627



From: korton@mail220.com
Date: Mon, 30 Nov 2009 19:09:54 +0000
To: <ali@jetallcompanies.com>
Subject: Re: [FWD: Re: loan-filing]

Ali I don't have the file right now. The address is 2958 e emerson las vegas nv 89119. We had a condo project proposed for 142 units it was a 53 million dollar project

2

# Ali Jetall

**From:** ali@jetallcompanies.com
**Sent:** Monday, November 30, 2009 11:58 PM
**To:** korton
**Subject:** 1415 NLW

Kevin,

I believe if we can come with $1,000,000.00 in cashiers check to the lender early tomorrow morning we could possibly save the property.

I am prepared to do half of that and need you to do the other half.

Let me know asap.  You can call me anytime.  The sale is tomorrow (12/1/09) as you know.
I have tried calling you repeatedly and got your voicemails on your numbers.

Call me asap

Ali Jetall
Jetall Companies
2500 West Loop South Suite 255
Houston, TX 77027
Office: 713.789.7654
Fax: 713.789.3331
Cell: 281.630.6627

1