# EXHIBIT 5

**Ali Jetall**

**From:** korton [korton@mail220.com]
**Sent:** Wednesday, November 25, 2009 8:08 AM
**To:** Ali Jetall; ali@jetallcompanies.com; naeem@jetallcompanies.com; naeem@jetallcompanies.com
**Subject:** 1415

Ali,

If the lender will not do anything, you must file bankruptcy to protect the building. Do not wait until 5:00 today. Start working on it right now.

Kevin Orton

--

CONFIDENTIALITY NOTICE: This message and any documents, files or previous e-mail messages or attachments may contain confidential and/or legally privileged information and is intended for use only by the intended addressee and as permitted by sender only. If you are not the intended addressee, you are not authorized to disclose, reproduce, or distribute or otherwise use the contents of this message or take action based on information contained herein. If this e-mail is received in error, please notify the sender immediately and delete any trace of the message from your system.