IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF TEXAS – HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: <br> NORTHPARK OFFICE TOWER, LP <br><br> Debtor | § <br> § <br> § <br> § | INVOLUNTARY FILING Chapter 11 <br><br> Case No. 09-39205 |

ORDER ON NORTHPARK'S MOTION FOR EXPEDITED HEARING ON MOTION
TO DISMISS AND FOR JUDGMENT

  Came to be heard NORTHPARK OFFICE TOWER, LP'S Motion for Expedited Hearing on NorthPark's Motion to Dismiss and for Judgment and the Court after a hearing on such matter and after having reviewed the pleadings find that NorthPark's motion is warranted.
  It is therefore ordered that Debtor NorthPark Office Tower, LP's Motion for Expedited Hearing on NorthPark's Motion to Dismiss and for Judgment is granted and that NorthPark Office Tower, LP's Motion for Expedited Hearing on NorthPark's Motion to Dismiss and for Judgment shall be heard on

_____ at _____ a.m./p.m. in Courtroom 403, Fourth Floor, 515 Rusk Avenue, Houston, Texas 77002

  It is further ordered that responses to the Expedited Motion shall be filed no later than 4:00 p.m. on _____.

Signed this _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE