IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF TEXAS – HOUSTON DIVISION

| IN RE: | § | |
|---|---|---|
| NORTHPARK OFFICE TOWER, LP | § | INVOLUNTARY FILING Chapter 11 |
| | § | |
| Debtor | § | Case No. 09-39205 |

ORDER ON NORTHPARK'S MOTION TO DISMISS AND FOR JUDGMENT

 Came to be heard NORTHPARK OFFICE TOWER, LP'S Motion for Petitioner Bond and the Court after a hearing on such matter and after having reviewed the pleadings find that NothPark's motion is warranted.
 It is therefore ordered that Debtor NorthPark Office Tower, LP's Motion to Dismiss and for Judgment is granted.
 The Court finds that Petitioner Kevin Orton is not a proper creditor under Ch 11 § 303.
 The Court finds that Petitioner Kevin Orton has filed his involuntary filing in bad faith.
 The Court finds that NorthPark Office Tower, LP has been damaged by Petitioner Kevin Orton's bad faith filing and awards the following damages.

$_____ in proximate damages.

$_____ in punitive damages.

$_____ in attorney's fees.

$_____ in costs of court.

DISMISSED.

Signed this _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE