

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/18/2009

IN RE: §
NORTHPARK OFFICE TOWER, L.P. § CASE NO: 09-39205
   Debtor(s) §
 § INVOLUNTARY CHAPTER 11

## ORDER SETTING HEARING

A hearing will be held on **January 6, 2010, at 10:00 a.m.** at 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002, to consider the following:

#4 Motion for Petitioner Bond and Sanctions

#13 Northpark's Motion to Dismiss and for Judgment

   Movant to give notice of hearing and file a certificate of service with the court.

SIGNED 12/18/2009.

Karen K. Brown
United States Bankruptcy Judge

1 / 1

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: ttay                 Page 1 of 1              Date Rcvd: Dec 18, 2009
Case: 09-39205                 Form ID: pdf002            Total Noticed: 6

The following entities were noticed by first class mail on Dec 20, 2009.
db          +Northpark Office Tower, L.P.,    1415 N. Loop W.,    Suite 222,    Houston, TX 77008-1644
aty         +Richard E Wakeland,    Attorney at Law,    2500 West Loop South,    Ste 255,
              Houston, TX 77027-4513
aty          Stephen Gregory Hunt,    Bond Hunt et al,    550 Westcott St,    Ste 350,    Houston, TX  77007-5099
cr           Harris County et al,    Linebarger Goggan Blair & Sampson LLP,    c/o John P. Dillman,
              PO Box 3064,    Houston, Tx  77253-3064
ptcrd       +Kevin Orton,    3050 Post Oak Blvd,    Suite 400,    Houston, tx 77056-6569

The following entities were noticed by electronic transmission on Dec 18, 2009.
aty         +E-mail/Text: cpasta@cianopasta.com                           Ciano Pasta,    Attorney at Law,
              5718 Westheimer,    Ste 940,    Houston, TX 77057-5758
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         ERPILE, LLC
cr           Hermes Commercial Contractors
                                                                                             TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2009**                    **Signature:**    _Joseph Speetjens_