IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  09-39205 |
| NORTHPARK OFFICE TOWER, L.P. | § | |
| | § | |
| DEBTOR. | § | INVOLUNTARY FILING |
| | § | CHAPTER 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

OKIN ADAMS & KILMER LLP hereby files this Notice of Appearance and Request for Service of all Pleadings and Documents on behalf of **TriEagle Energy, LP**, a creditor and party in interest in the above-captioned bankruptcy case and, pursuant to 11 U.S.C § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests that all notices given or required to be given in these proceedings (or in other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these proceedings, be served also upon the undersigned at the office address, facsimile number and email addresses listed as follows:

> OKIN ADAMS & KILMER LLP
> Brian A. Kilmer
> Email: bkilmer@oakllp.com
> Brian D. Roman
> Email: broman@oakllp.com
> Sara Mya Patterson
> Email: spatterson@oakllp.com
> 1113 Vine St., Suite 201
> Houston, Texas 77002
> Telephone:  (713) 228-4100
> Facsimile:  (888) 865-2118

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes all notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation,

1

all notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, it is requested that the undersigned counsel be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Respectfully submitted this 8th day of January, 2010.

**OKIN ADAMS & KILMER LLP**

By: */s/ Sara Mya Patterson*
Brian A. Kilmer
Texas Bar No. 24012963
Email: bkilmer@oakllp.com
Brian D. Roman
Texas Bar No. 24037386
Email: broman@oakllp.com
Sara Mya Patterson
Texas Bar No. 24062938
Email: spatterson@oakllp.com
1113 Vine St. Suite 201
Houston, TX 77002
Tel: (713) 228-4100
Fax: (888) 865-2118

**ATTORNEYS FOR TRIEAGLE ENERGY, LP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2010, the foregoing document was served via the Court's EM/ECF electronic system to all parties consenting to service through same, and to all parties listed below by United States First Class Mail, postage prepaid.

**Debtor:**
Northpark Office Tower, L.P.
1415 N. Loop W., Suite 222
Houston, Texas 77009

**Debtor's Counsel:**
Richard E. Wakeland
2500 West Loop South, Suite 255
Houston, Texas 77027

**Turstee:**
US Trustee
515 Rusk Ave. Suite 3516
Houston, Texas 77002

Alan Gerger
Dunn, Neal & Gerger, LLP
3050 Post Oak Blvd, Suite 400
Houston, Texas 77056

**Creditors:**
Stephen G. Hunt
550 Westcott, Suite 350
Houston, Texas 77007

Ciano Pasta
5718 Westheimer, Suite 940
Houston, Texas 77057

Anthony Nims
Linebarger Goggan Blair & Sampson LLP
1301 Travis, Suite 300
Houston, Texas 77002

Harris County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Texas 77253

Kevin Orton
3050 Post Oak Blvd, Suite 400
Houston, Texas 77056

*/s/ Sara Mya Patterson*
Sara Mya Patterson